UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROGERS, | No.  2:13-cv-1932 AC |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| NAT'L RAILROAD PASSENGER CORP., ET AL., | |
| Defendants. | |

Based on the consent of the parties, this matter was reassigned to the undersigned on October 31, 2013.  See 28 U.S.C. § 636(c); ECF Nos. 14-17.  Accordingly, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for January 29, 2014 at 10:00 a.m. in courtroom # 26 before the undersigned.  All parties shall appear by counsel or in person if acting without counsel.

2. The parties shall submit to the court and serve by mail on all other parties, no later than fourteen (14) days before the Status (Pretrial Scheduling) Conference, updated status reports[1] addressing the following matters:

    a. Service of process;

---

[1] Preference is given to a joint status report submitted by all the parties.

1

b. Possible joinder of additional parties;

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and the scheduling thereof;

f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled;

m. Any other matters that may add to the just and expeditious disposition of this matter.

3.   Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition.  See Local Rule 160.  In addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized

////

////

////

1. by statute or Rule or within the inherent power of the Court."

2. DATED: December 3, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE