1  Lisa M. Estabrook (Bar No. 167463)
   lestabrook@archernorris.com
2  ARCHER NORRIS
   301 University Avenue, Suite 110
3  Sacramento, CA  95825-5537
   Telephone:    916.646.2480
4  Facsimile:    916.646.5696

5  Attorneys for Defendant and Third-Party Defendant
   SKYLINE SCAFFOLD, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| VIRGINIA ROGERS, | Case No.  2:13 CV-01932-AC |
|---|---|
| Plaintiff, | **STIPULATION MODIFYING PRETRIAL ORDER; AND ORDER** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION; DIEDE CONSTRUCTION, INC.; CITY OF SACRAMENTO, et al., | Trial:     December 1, 2014<br>Dept.     26<br>Judge:    Allison Claire, Magistrate |
| Defendants. | |

**TO ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

VIRGINIA ROGERS (hereinafter referred to as "plaintiff"), Defendant and Third-Party Plaintiff DIEDE CONSTRUCTION ("DIEDE"), Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), Defendant CITY OF SACRAMENTO ("CITY"), and Defendant and Third-Party Defendant SKYLINE SCAFFOLD, INC. ("SKYLINE") (collectively referred to as "the Parties") hereby stipulate to a continuance of the December 1, 2014 Trial date to **March 23, 2015 at 9:00 a.m. in Department 26;** and a continuance of the October 29, 2014 Final Pretrial Conference date to **January 28, 2015 at 10:00 a.m. in Department 26,** or to further dates as the Court shall permit. The Parties further stipulate to continue other dates set forth in this Court's January 29, 2014 Order.  Given the

recent appearance of SKYLINE as a party to this action, the continuance is necessary to allow time to conduct discovery and prepare for trial before the existing trial date and the pretrial conference dates.

### **RECITALS**

WHEREAS, SKYLINE first appeared in this matter on March 28, 2014, after this Court issued its January 29, 2014 Order.

WHEREAS the Parties agree a brief extension of the dates previously set by this Court for trial, pretrial conference, discovery and law and motion will not prejudice any party and this continuance is in the interests of justice;

WHEREAS, all parties agree to a continuance of the current Trial and Pretrial Conference dates and other dates set forth in this Court's January 29, 2014 Order; and

WHEREAS, a brief continuance will allow the parties time to properly conduct discovery and pursue settlement negotiations or, alternatively, adequately prepare for trial should settlement not be achieved.

### **STIPULATION**

**IT IS STIPULATED** between the Parties, by and through their respective counsel, that the trial in this matter be continued from December 1, 2014 to **March 23, 2015** or to a date thereafter convenient to the Court, the parties, and their counsel.

**IT IS STIPULATED** between the Parties, by and through their respective counsel, that the Pretrial Conference in this matter be continued from October 29, 2014 to **January 28, 2015,** or to a date thereafter convenient to the Court, the parties, and their counsel.

**IT IS FURTHER STIPULATED** that the applicable discovery and motion cut-off dates will correspond with the new trial date as follows:

1. All discovery shall be completed by October 1, 2014.  Motions to compel must be heard not later than September 10, 2014.

2. Initial expert disclosures shall be made on or before October 31, 2014; rebuttal expert disclosures on or before November 30, 2014.

3. All pretrial motions, except motions to compel discovery, shall be completed as described herein on or before January 2, 2015.

**IT IS FURTHER STIPULATED** that this Stipulation may be executed in counterparts and that carbon and/or facsimile copies of this stipulation may be treated as the original for purposes of filing with the court or otherwise.

**IT IS SO STIPULATED.**

Dated: _____, 2014        SHEPARD AND HAVEN, LLP


_____
Kenneth B. Shepard
Attorneys for Plaintiff
VIRGINIA ROGERS

Dated: _____, 2014        LAW OFFICES OF SAMUEL GRADER


_____
Samuel G. Grader
Attorneys for Defendant and Third-Party Plaintiff DIEDE CONSTRUCTION,
Defendant CITY OF SACRAMENTO

Dated: __April 28, 2014                   LOMBARDI, LOPER & CONANT, LLP


*/s/ B. Clyde Hutchinson*
B. Clyde Hutchinson
Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION also known as AMTRAK,

Dated: _____, 2014        ARCHER NORRIS


_____
Lisa M. Estabrook
Attorneys for Defendant and Third-Party Defendant SKYLINE SCAFFOLD, INC.

### ORDER GRANTING CONTINUANCE OF TRIAL AND OTHER DATES

On proof being made to the satisfaction of this Court, and for good cause appearing therefore;

**IT IS ORDERED** that the Stipulation to continue trial pursuant to the Parties' Stipulation is hereby approved and **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to the stipulation of the Parties, the January 29, 2014 Order of this Court is modified as follows:

1. All discovery shall be completed by October 1, 2014. Motions to compel must be heard not later than September 10, 2014.

2. Initial expert disclosures shall be made on or before October 31, 2014; rebuttal expert disclosures on or before November 30, 2014.

3. All pretrial motions, except motions to compel discovery, shall be completed as described herein on or before January 2, 2015.

4. The final pretrial conference is set before the undersigned on January 28, 2015 at 10:00 a.m. in Courtroom No. 26. Pretrial statements shall be filed in accordance with Local Rules 281 and 282, and the requirements set forth herein.

5. A jury trial is set to commence before the undersigned on March 23, 2015 at 9:00 a.m. in Courtroom No. 26.

Date: April 29, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE