UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROGERS, | No. 2:13-cv-1932 AC |
| Plaintiff, | |
| v. | ORDER |
| NATIONAL RAILROAD PASSENGER CORPORATION, ET AL., | |
| Defendants. | |
| DIEDE CONSTRUCTION, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| SKYLINE SCAFFOLD, INC., | |
| Third-Party Defendant, | |

    Based on the consent of the parties, this matter was reassigned to the undersigned on October 31, 2013. See 28 U.S.C. § 636(c); ECF Nos. 14–17. On October 30, 2014, plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). ECF No. 44. The notice is signed by all parties who have appeared and dismisses plaintiff's action and third-party plaintiff's action with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have

1

1 appeared").

2     Pursuant to the parties' stipulation, this action and the corresponding third-party complaint
3 are DISMISSED with prejudice. Accordingly, all previously set deadlines and hearings are
4 VACATED. The Clerk of the Court is directed to close this action.

5     IT IS SO ORDERED.

6 DATED: November 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE